# PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
September 10, 2021

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. David Powell,
    21 CR 498(AT)

Your Honor,

I am writing in an effort to correct an error in the paperwork associated with this case. On July 30th I submitted a letter to Magistrate Judge Cave requesting that the defendant be released on bail with the condition of "home detention". This is what the Government and the defense had agreed to. However, when the Bond was written it indicated that the defendant was released on home incarceration enforced by location monitoring. Home incarceration is essentially 24/7 lockdown and does not permit individuals to look for work. The Government and Pre-Trial Services agree that the wording in the Bond should be switched to "Home Detention" enforced by location monitoring. This will allow Mr. Powell to attend vocational courses and seek employment. It should be noted that this was the main reason in allowing Mr. Powell to live with his father instead of his mother who lived in a rural area in upstate New York.

Thus, it is respectfully requested with the consent of Pre-Trial Services and the Government that the Court issue an Order switching the terms of Mr. Powell's release from "Home incarceration" to "Home Detention" enforced by location monitoring.

Thank you very much for your consideration of this matter

Application GRANTED. Mr. Powell shall be placed on HOME DETENTION enforced by location monitoring. The Clerk of Court is respectfully directed to close ECF No. 22.

Respectfully yours,

David Touger

_____
USMJ 9/10/2021