UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID POWELL,
                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2021
```

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change of plea hearing scheduled for November 8, 2021, is ADJOURNED to **December 2, 2021**, at **10:00 a.m.**

    SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge