USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2021__

# PELUSO & TOUGER, LLP
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
November 4, 2021

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. David Powell</u>,
    21 CR 498(AT)

Your Honor,

As the Court is well aware Mr. Powell has been released from jail on home detention since shortly after his arrest on this matter. He is fully compliant with all of the rules and regulations of home detention. Mr. Powell has recently found employment at Federal Express as a package handler located at 6000 Riverside Drive, Keasby, New Jersey from 2:00AM until 10:00AM. Federal Express provides transportation from New York City to the jobsite which Mr. Powell will be using. Mr. Powell is also presently enrolled in vocational courses at the Mid-Manhattan Adult Center.

Thus, it is respectfully requested with the consent of Pre-Trial Services and the Government that the Court allow Mr. Powell to accept this position at Federal Express.

Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

GRANTED.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge