UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID POWELL,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2021

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change of plea hearing scheduled for December 2, 2021, is RESCHEDULED to **December 1, 2021**, at **2:30 p.m.**

    SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge