Case 1:21-cr-00498-AT   Document 49   Filed 11/24/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/24/2021_

## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
November 23, 2021

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. David Powell</u>,
    21 CR 498(AT)

Your Honor,

As the Court is aware Mr. Powell has been released from jail on home detention and a $50,000.00 bond cosigned by three people since shortly after his arrest on this matter. He is fully compliant with all the rules and regulations of home detention. Mr. Powell would most respectfully request permission to leave his home and go to his grandmother's house located at 1990 Adam Clayton Powell Jr. Blvd., New York, New York for Thanksgiving from 12:00PM until 9:00PM to celebrate the holiday with his grandmother and other family members. I understand that we are in a Covid crisis but this is a small gathering with people who have been seeing each other so the risk of Covid spread is small. I have reached out to the Government and his Pre-Trial Officer and they Have not returned my email as of the writing of this letter. I respectfully beg the Court to allow the visit as this is the only way Mr. Powell can see his grandmother as she cannot venture outside due to the pandemic. We are in unique times and I ask the Court to show Mr. Powell some mercy and allow him to make this visit.

Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

GRANTED.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

ANALISA TORRES
United States District Judge