```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID POWELL,
                Defendant.

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change of plea hearing scheduled for December 1, 2021, is ADJOURNED to **December 16, 2021**, at **2:30 p.m.**

    SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge