UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DAVID POWELL,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2022

21 Cr. 498-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated March 28, 2022, seeking an adjournment of his sentencing date. ECF No. 74. The request is GRANTED. Accordingly, the sentencing scheduled for April 20, 2022, is ADJOURNED to **June 8, 2022**, at **10:00 a.m.** Defendant's submissions are due two weeks before sentencing. The Government's submission is due one week before sentencing.

    SO ORDERED.

Dated: April 1, 2022
       New York, New York

                                                      ANALISA TORRES
                                              United States District Judge