USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2022__

# PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

BY ECF:
April 5, 2022

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. David Powell</u>,
     21 CR 498(AT)

Your Honor,

As the Court is aware Mr. Powell has been released from jail on home detention and a $50,000.00 Bond co-signed by his father, mother and family friend since shortly after his arrest on this matter. He is fully compliant with all the rules and regulations of home detention. Mr. Powell's Sentence date is currently scheduled for Wednesday June 8th. His birthday is this Saturday and his mother would like to have the immediate family gather with Mr. Powell to celebrate as this will be his last birthday before he is sentenced. The location would be at his grandmother's house which is located at 1990 Adam Clayton Powell Jr. Blvd. in Manhattan a short distance from where he lives. The reason the dinner would be held at his grandmother's is because she is unable to travel. Thus, if you would allow him to leave his house at 3:30 and return 9:00PM it would be greatly appreciated. I have consulted with AUSA Mitzi Steiner and she informs me that the Government takes no position on this request.

Thank you very much for your consideration of this matter.

Respectfully yours,
David Touger

GRANTED.

SO ORDERED.

Dated: April 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge