

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2022

June 1, 2022

**BY ECF**

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. David Powell*, 21 Cr. 498 (AT)

Dear Judge Torres:

      The Government respectfully submits this letter to request an extension of its sentencing submission deadline in this matter from June 1, 2022 to June 3, 2022. The sentencing in this matter is currently scheduled for June 8, 2022. Defense counsel has no objection to this request.

GRANTED.

SO ORDERED.

Dated: June 2, 2022
      New York, New York

ANALISA TORRES
United States District Judge

1