UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID POWELL,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/28/2024__

21 Cr. 498-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this violation of supervised release matter is currently scheduled for March 5, 2024. However, the parties were instructed to file their sentencing submissions by February 20 and 27, 2024, respectively. The Court did not receive a submission from Defendant, and the Government's submission was filed on February 28, 2024. ECF No. 116.

      Accordingly, sentencing is ADJOURNED to **April 9, 2024**, at **2:00 p.m.** Defendant shall file his sentencing submission by **March 26, 2024**. And the Government shall file its sentencing submission by **April 2, 2024**.

      SO ORDERED.

Dated: February 28, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge