```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID POWELL,
               Defendant.

21 Cr. 498-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this violation of supervised release matter is currently scheduled for April 9, 2024. However, the Court has yet to receive Defendant's sentencing submission and the Government has indicated in both of its submissions that a new violation report from Probation is forthcoming. ECF Nos. 116, 118.

      Accordingly, sentencing is ADJOURNED *sine die* pending the receipt of the new violation report. By **April 17, 2024**, the parties shall file a **joint** letter concerning the status of the new report and any discussions between them as to how the new report impacts sentencing.

      SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge