```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

21 Cr. 498-2 (AT)

DAVID POWELL,
                Defendant.

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release sentencing currently scheduled for July 23, 2024, is RESCHEDULED to **July 22, 2024**, at **1:00 p.m.**

    SO ORDERED.

Dated: June 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge